```
BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER S. HALES
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUGO MANUEL SANDOVAL,<br><br>    Defendant. | Case No. 2:11-cr-0269 MCE<br><br>NOTICE OF RELATED CASES AND ORDER REASSIGNING CRIMINAL MATTER<br><br>[Local Rules 123(a)(4), (c), (f)] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUGO MANUEL SANDOVAL,<br><br>    Defendant. | Case No. 2:04-cr-0394 LKK |

The United States of America, through its undersigned counsel, hereby notices the Court and the Clerk of the Court that the supervised release violation petition in United States v. Sandoval, Case No. 2:04-cr-0394 LKK, is related to the case United States v. Sandoval, Case No. 2:11-cr-0269 MCE, within the meaning of Local Rule 123(a)(4).  A related case finding is also supported by the rationale of Local Rule 123(f).

**Proceedings before the Honorable Morrison C. England, Jr.**

On June 30, 2011, a Sacramento grand jury returned a single count Indictment in <u>United States v. Sandoval</u>, Case No. 2:11-cr-0269 MCE.  The Indictment alleges that SANDOVAL was a deported alien found in the United States on or about June 13, 2011, in violation of 8 U.S.C. § 1326.  SANDOVAL was arraigned on this indictment before United States Magistrate Judge Dale A. Drozd on June 14, 2012.  The matter has been set for a status conference before Judge England on July 19, 2012 at 9 a.m.

**Proceedings Before the Honorable Lawrence K. Karlton**

In <u>United States v. Sandoval</u>, Case No. 2:04-cr-0394 LKK, the Court accepted the defendant's guilty plea to felon in possession of a firearm and deported alien found in the United States on January 11, 2005.  The Court sentenced SANDOVAL to 57 months in prison on each count (to run concurrently) and 36 months of supervised release on April 19, 2005.  The term of supervised release commenced on November 7, 2008.

After SANDOVAL's release from federal custody, the Probation Officer filed a petition alleging that SANDOVAL violated the terms of supervised release on June 13, 2011, by being found in the United States in violation of the condition that he not reenter the country, and also for being arrested for possession of methamphetamine for the purpose of sale in violation of California Health and Safety Code 11379(a).  On June 14, 2012, SANDOVAL appeared before United States Magistrate Judge Dale A. Drozd for his initial appearance on the revocation petition.  At that time government counsel informed the court of its intent to file this notice of related cases.  The revocation petition matter in <u>United</u>

<u>States v. Sandoval</u>, Case No. 2:04-cr-0394 LKK was therefore provisionally set for further proceedings before Judge England on July 19, 2012 at 9 a.m., simultaneously with <u>United States v. Sandoval</u>, Case No. 2:11-cr-0269 MCE, pending the outcome of the government's request in this notice of related cases.

**Related Cases Under Local Rule 123**

The United States respectfully requests that both matters be assigned to Judge England under the authority of Local Rule 123(f). The two <u>Sandoval</u> matters are related within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort. In addition, the two <u>Sandoval</u> matters are similar to the related cases contemplated by Local Rule 123(f) because the conduct underlying the new Indictment before Judge England is one of the grounds for the petition for supervised release violation before Judge Karlton.

For these reasons, the United States respectfully requests that this Honorable Court (1) find that the pending Indictment in <u>United States v. Sandoval</u>, Case No. 2:11-cr-0269 MCE is related to the pending supervised release violation in <u>United States v. Sandoval</u>, Case No. 2:04-cr-0394 LKK, because assignment of these actions to a single Judge is likely to effect a savings of judicial effort, and (2) pursuant to Local Rule 123(f) order the Clerk's Office to reassign the pending supervised release violation in <u>United States v. Sandoval</u>, Case No. 2:04-cr-0394 LKK, to the Honorable Morrison C. England, Jr.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 15, 2012          By:  /s/ Christopher S. Hales
                              CHRISTOPHER S. HALES
                              Special Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the United States, the Court finds that the criminal case captioned <u>United States v. Sandoval</u>, Case No. 2:11-cr-0269 MCE, is related to the pending supervised release violation in <u>United States v. Sandoval</u>, Case No. 2:04-cr-0394 LKK, within the meaning of Local Rule 123(a)(4) because assignment of these actions to a single Judge is likely to effect a savings of judicial effort.

Based upon this finding, pursuant to Local Rule 123(f), **IT IS HEREBY ORDERED** that the Clerk of the Court shall **REASSIGN** <u>United States v. Sandoval</u>, Case No. 2:04-cr-0394 LKK, to the Honorable Morrison C. England, Jr.

**IT IS FURTHER ORDERED** that the Clerk of the Court make appropriate adjustment in the assignment of cases to compensate for this reassignment.

**IT IS SO ORDERED.**

Dated: June 19, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE