UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:04-CR-00394-MCE |
|---|---|
| Plaintiff, | No.  2:11-CR-00269-MCE |
| v. | **ORDER** |
| HUGO SANDOVAL, | |
| Defendant. | |

The Court is in receipt of the Defendant's pro se motions regarding the calculation of this time served.  See 2:04-CR-00394 (ECF No. 30); 2:11-CR-00269 (ECF No. 14). Mr. Sandoval's counsel notified the Court that she responded to Defendant's request and advised him that the Bureau of Prisons will address any credits in calculating his release date.  Accordingly, both of Defendants' Motions are DENIED as moot.

IT IS SO ORDERED.

Dated:  June 29, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1